1  **RESNICK & LOUIS, P.C.**
2  Lynn Rivera, Esq. SBN: 6797
   lrivera@rlattorneys.com
3  8925 W. Russell Road, Suite 220
   Las Vegas, NV 89148
4  Telephone: (702) 997-3800
   Facsimile: (702) 997-3800
5  *Attorneys for Defendant,*
   *Home Depot U.S.A, Inc.*
6

7

8                    **UNITED STATES DISTRICT COURT**

9                            **DISTRICT OF NEVADA**

10

11 | STEPHANIE WOLFSON,                              | CASE NO.: 3:22-cv-00092-MMD-CLB |
12 |                  Plaintiff,                     | DEPT. 2                         |
13 | v.                                              |                                 |
   |                                                 | **STIPULATION AND ORDER FOR**   |
14 | HOME DEPOT U.S.A., INC.; a foreign              | **DISMISSAL WITH PREJUDICE**    |
   | Corporation; DOES 1 through 10, inclusive,      |                                 |
15 |                                                 |                                 |
   |                  Defendants.                    |                                 |
16

17     It is hereby stipulated, by and between Plaintiff, STEPHANIE WOLFSON, by and
18
   through her attorneys of record, Sean P. Rose, Esq., of the law firm of ROSE LAW OFFICE
19
   and Defendant, HOME DEPOT USA, INC., by and through their attorneys of record, Lynn
20
21 Rivera, Esq., of the law firm of RESNICK & LOUIS, P.C., that Plaintiff STEPHANIE

22 WOLFSON's Complaint against Defendant should be dismissed with prejudice each

23 party to bear their own respective costs, and attorneys' fees.
24
25 / / /

26 / / /

27 / / /

28

                                       1

DATED this 6th day of June 2022

**RESNICK & LOUIS, P.C.**

*/s/ Lynn V. Rivera*
_____
LYNN RIVERA, ESQ.
Nevada Bar No. 6797
8925 West Russell Road, Suite 220
Las Vegas, NV  89148
*Attorneys for Defendant,
Home Depot U.S.A, Inc.*

DATED this  6th day of June 2022

**ROSE LAW OFFICE**

*/s/ Sean P. Rose*
_____
SEAN P. ROSE, ESQ.
150 w. Huffaker Lane, Suite 101
Reno, NV 89511
*Attorneys for Plaintiff*

*ORDER*

IT IS SO ORDER that on this   9th    day of   June        , 2022, that the above-caption case is dismissed with prejudice.

_____
UNITED STATES DISTRICT COURT JUDGE

Lynn,

I received the settlement check. You may affix my e-signature to the stip to dismiss.

Thanks,

### Sean P. Rose, Esq.
150 W. Huffaker Lane, Suite 101
Reno, Nevada  89511
O: (775) 777-7777 C: (775) 846-9522  F: (775) 657-8517

Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and may contain information which is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited.  If you have received this e-mail in error, please notify us immediately 775-824-8200

**From:** Lynn Rivera <lrivera@rlattorneys.com>
**Sent:** Monday, June 6, 2022 9:33 AM
**To:** Sean Rose <sean@roselawnevada.com>
**Cc:** Antoinette <Antoinette@roselawnevada.com>; Stacey Stallings <stacey@roselawnevada.com>
**Subject:** RE: Wolfson v. Home Depot -2022.06.03 STIP AND ORDER RE DISMISSAL WITH PREJUDICE

Yes it was sent.  When you get it, if you could authorize your electronic signature on the SAO it would be much appreciated.

We are in Federal Court so you don't have to sign unless you want to.

Best Regards,

Lynn

### Lynn Rivera
#### Admitted in California and Nevada

lrivera@rlattorneys.com
NV Direct Phone & Fax: 702.625.4922
Cell Phone Number: 775.450.6487

Contact Information

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE was** served this ⁶ᵀᴴ day of June 2022, by:

[ ]   **BY U.S. MAIL**: by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada, addressed as set forth below.

[ ]   **BY FACSIMILE**: by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document.

[ ]   **BY PERSONAL SERVICE**: by causing personal delivery by an employee of Resnick & Louis, P.C. of the document(s) listed above to the person(s) at the address(es) set forth below.

[ X ]   **BY ELECTRONIC SERVICE**: by transmitting via the Court's electronic filing services the document(s) listed above to the Counsel set forth on the service list on this date pursuant to EDCR Rule 7.26(c)(4).

Sean P. Rose, Esq.
ROSE LAW OFFICE
150 w. Huffaker Lane, Suite 101
Reno, NV 89511
Attorneys for Plaintiff

*Kristy Gouveia*
An Employee of Resnick & Louis, P.C.